UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD ROY SCOTT, | ) | No. CV18-124-JLR-BAT |
| Petitioner, | ) | |
| v. | ) | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO AMEND PETITION TO NAME CORRECT RESPONDENT |
| SJAN TALBOT, | ) | |
| Respondent. | ) | |

The Court has considered Petitioner Richard Scott's motion to amend his § 2254 habeas petition, filed on January 26, 2018, at Docket 1, to reflect the correct respondent in this matter, CEO Sjan Talbot. The Court GRANTS the motion. All further pleadings in this matter shall include Sjan Talbot as Respondent.

DATED this 5th day of June, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ *Vicki W.W. Lai*
s/ *Dennis Carroll*
Assistant Federal Public Defenders
Attorneys for Richard Scott

ORDER TO AMEND PETITION TO NAME
CORRECT RESPONDENT
(*Richard Roy Scott*, CV18-124-JLR-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**